UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ELEANOR WILTSHIRE, *et al.*,

               Plaintiffs,

  - against -

EDWARD DHANRAJ, Esq., *et al.*,

               Defendants.
----------------------------------------------------------x

ORDER

03 CV 2856 (NG)(VVP)

GERSHON, J.:

    Plaintiff's letter of January 7, 2004, requesting permission to file a motion for default judgment against defendant David Becker is referred to Magistrate Judge Viktor V. Pohorelsky, who is supervising all pretrial proceedings in this case. It will be up to Judge Pohorelsky to decide what procedures to follow.

PLAINTIFFS' COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.

SO ORDERED.

_/s/_____

Dated: Brooklyn, New York
       January 21, 2004