UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ELEANOR WILTSHIRE, et al.,

                    Plaintiffs,

- v -

EDWARD DHANRAJ, ESQ., et al.,

                    Defendants.
-----------------------------------------------------------x

**DECISION AND ORDER**

CV-03-2856 (NG)(VVP)

By letter dated January 17, 2004, the plaintiffs seek to compel more complete responses to certain of the interrogatories they served on the defendant Edward Dhanraj, upon which the court rules as follows:

*Interrogatory No. 3:* The defendant shall supplement his response to provide the title, index number, court, claims made and disposition of any action instituted by the defendant or any other defendant corporation against any other party in this litigation concerning any of the houses purchased by the plaintiffs.

*Interrogatory No. 12:* The defendant shall supplement his response to provide the reasons underlying any seller's concessions reflected in the HUD-1 forms to which the prior response refers.

*Interrogatories Nos. 26, 27 and 28:* The defendant shall provide responses to each of these interrogatories.

Except as set forth above, all other requests for relief in the plaintiffs' January 17 letter are denied.

SO ORDERED.

Dated:    Brooklyn, New York
             January 23, 2004