Gary S. Rosen, Esq. (GR-8007)
GARY ROSEN LAW FIRM, P.C.
Attorneys for Plaintiffs
249-02 Jericho Turnpike, Floral Park, New York 11021
516-437-3400 - fax 516-437-5561

RECEIVED
In Chambers of
U.S.D.J. Gershon

JAN 2 8 2004

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK - BROOKLYN**
----------------------------------------------------------------X

ELEANOR WILTSHIRE and GLORIA PHILLIPS,
    owners of 625 Hendrix Street, Brooklyn, New York;
VIVEK MAHARAJ, GYANWATTIE MAHARAJ and VARMA MAHARAJ,
    owners of 3353 Wallace Avenue, Bronx, New York 10467;
JOSE PEREZ and LISA MCCARTAN,
    owners of 623 Hendrix Street, Brooklyn, New York;
PRAKASH DROOPAD, BHANMATTIE DROOPAD, TAGERAM HARKHU, and LALDHUR HARKHU,
    owners of 725 East 235TH Street, Bronx, New York 10466;
SATNARINE SEONARAIN and CHANDRA SEONARAIN,
    owners of 723 East 235TH Street, Bronx, New York 10466;
IRAIDA TIRADO,
    owner of 1043 East 225th Street, Bronx, New York 10466;
MAXIMILIAN BANTON,
    owner of 1041 East 225th Street, Bronx, New York 10466
TATHLYN BANTON,
    owner of 1041 East 225th Street, Bronx, New York 10466

DOCKET NO.
03-CV2856
(NG)(VVP)

**PARTIAL STIPULATION OF DISMISSAL**

                Plaintiffs,

- against –

EDWARD DHANRAJ, ESQ. individually and as an officer and shareholder of LOTUS FUNDING, INC. and LOTUS ENTERPRISES, INC., TRICIA DHANRAJ, individually and as an officer and shareholder of LOTUS FUNDING, INC. and LOTUS ENTERPRISES, INC., DANNY DHANRAJ, PAULA CELEMIN, LOTUS FUNDING, INC., LOTUS ENTERPRISES, INC., CASTLEWOOD ESTATES, INC., QUEST PROPERTIES INC. and LODOVICK DEVELOPMENT CORP., WELLS FARGO , CROSSLAND MORTGAGE CORP., CITIMORTGAGE, INC., BANJI AWOSIKA, MOHAMED HASSAN, JAMES J. MALONEY, "LUCY FELICIANO", "JOHN DOE # 1" being a Real Estate Appraiser, THE JUDICIAL TITLE INSURANCE AGENCY, LLC, FIRST MANHATTAN ABSTRACT CORP., RAVINDRANAUTH SEONATH, AMARNAUTH SEONATH, AMAR'S REALTY INC., RICO PROPERTIES, INC., BHARRATT RAMLAL, D/B/A DERAM BUILDERS, WINSENT PENNANT, PENNANT CONSTRUCTION, INC., PARK LANE ENTERPRISES, INC., VILLAGE ABSTRACT OF NY, INC., FIRST AMERICAN TITLE INSURANCE COMPANY OF NEW YORK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, KAWAL TOTARAM, ESQ., DAVID BECKER, ESQ., MERRICK DAMMAR, ESQ., JOSE REY, ESQ., CHAMPION INSURANCE BROKERAGE, INC.

                Defendants.
----------------------------------------------------------------X

## STIPULATION OF DISMISSAL AS TO FRITZ GERALD JEAN

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant, **FRITZ GERALD JEAN** by their counsel, stipulate that the complaint in this action be dismissed without prejudice and without costs or attorneys' fees to any party. A facsimile of this document shall be deemed as an original.

Dated: January 23, 2004

_____   _____
Gary Rosen, Esq.                                    Fritz Gerald Jean, Esq.
Gary Rosen Law Firm, P.C.                  Pro Se
Attorney for Plaintiffs                             Attorney for Defendant Fritz Gerald Jean
249-02 Jericho Turnpike                        890 Atlantic Avenue
Floral Park, New York 11001              Brooklyn, New York 11238
516-437-3400                                          718-783-4468
fax 516-437-5561                                   fax 718-783-4567

_____
The Honorable Nina Gershon
United States District Judge

Brooklyn, New York
1-28-04

2