UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOCKET & FILE

------------------------------------X
ELEANOR WILTSHIRE, GLORIA PHILIPS,
VIVEK MAHARAJ, et al.

                Plaintiffs,    Index No. CV 03 2830
                                    (NG) (VVP)
         v.

EDWARD DHANRAJ, et al.    **STIPULATION**

                Defendant.
------------------------------------X

    It is hereby stipulated and agreed by and between the attorneys for plaintiffs and defendant DAVID BECKER, ESQ. pro se ("BECKER") that:

    1. Plaintiff's counsel and BECKER request and agree that the pre-motion conference for a default judgment against BECKER be resolved as follows in lieu of a personal appearance before the Court:

    2. BECKER acknowledges service of the Summons and Complaint in the instant action.

    3. BECKER will submit an answer to the complaint or move to dismiss within thirty days of an Order directing defendants to answer or file a motion to dismiss.

    4. BECKER will reply to the Interrogatories served upon BECKER annexed hereto on or before MARCH 23, 2004.

    5. BECKER will respond to the Notice to Produce, annexed hereto, served upon BECKER and furnish plaintiff's counsel with all records in his possession regarding the closing of the sale of a home from Lotus Enterprises, Inc. to plaintiffs Prakash Droopad, Bhanmattie Droopad, Tageram Harkhu and Laldhur Harkhu on or before MARCH 15, 2004.



6. BECKER will respond to all further demands in a timely manner.

7. A facsimile of this document shall be deemed as an original.

Dated: New York, New York
February 23, 2004

GARY ROSEN LAW FIRM, P.C.

By _____
Gary Rosen, Esq. (GR-8007)
Attorneys for Plaintiffs
249-02 Jericho Turnpike
Floral Park, New York  11001
516-437-3400
fax 516-437-5561

By _____
David Becker, Esq. Pro se

Attorneys for Defendant David Becker.
2526 Wallace Avenue
Bronx, New York 10467
718-652-0847
718-652-2918

SO ORDERED: _____

By _____
VIKTOR V. POHORELSKY, U.S.M.J.