UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ELEANOR WILTSHIRE, et al.,

                Plaintiffs,

-against-

EDWARD DHANRAJ, et al.,

                Defendants.
---------------------------------------------------------------------X

JUDGMENT
03-CV-2856 (DLI)

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 14, 2005, dismissing all of plaintiffs' federal claims pursuant to Fed. R. Civ. P. 12(b)(6); declining to exercise supplemental jurisdiction over the remaining state law claims; and dismissing plaintiffs' state law claims without prejudice to refiling in state court; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that all of plaintiffs' federal claims are dismissed pursuant to Fed. R. Civ. P. 12(b)(6); that the Court declines to exercise supplemental jurisdiction over the remaining state law claims; and that plaintiffs' state law claims are dismissed without prejudice to refiling in state court.

Dated: Brooklyn, New York
       September 15, 2005

ROBERT C. HEINEMANN
Clerk of Court